UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANA LEE HALFADAY,

Defendant.

Case No. 2:26-cr-00011-1

Hon. Hala Y. Jarbou
Chief U.S. District Judge

**ORDER FOR DETENTION**

Defendant Halfaday appeared before the undersigned for an arraignment on October 8, 2026. For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant Halfaday shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: October 9, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE